USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/12/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA ROBINSON,

        Plaintiff,

-against-

NYS Trooper; their officers, agents and employees; John Doe/Unknown state, county, City Officers #1–100,

        Defendants.

19 Civ. 459 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 24, 2019, the Court granted motions to dismiss and directed the Clerk of Court to terminate Defendants the New York State Police, Saratoga County Sheriff's Department, Saratoga County Sheriff Michael Zuro, Sergeant Keith Clinton, Saratoga County District Attorney Karen Heggen, and the Saratoga County District Attorney's Office from the action. ECF No. 30.

    On February 11, 2020, the Court granted a motion to dismiss and terminated Defendants the United States Department of Justice, the United States Drug Enforcement Administration, the United States Attorneys' Office, the United States Marshals, and all remaining federal officials and entities named as defendants in their official capacities from the case. ECF No. 40.

    The remaining Defendants, "New York State Trooper," "their officers, agents and employees," and "John Doe / Unknown . . . state, county, city officers #1-100,"[1] are each local or state entities against whom Plaintiff's suit cannot lie for the same reasons stated in the Court's previous orders. *See* ECF Nos. 30, 40.

    Accordingly, the Court dismisses the remaining Defendants, the New York State Trooper, their officers, agents and employees, and John Doe / Unknown state, county, city officers #1-100. *Cf. Fitzgerald v. First E. Seventh St. Tenants Corp.*, 221 F.3d 362, 364 (2d Cir. 2000) ("[D]istrict courts may dismiss a frivolous complaint *sua sponte*[.]").

    The Clerk of Court is directed to terminate the remaining Defendants, mail a copy of this order to Plaintiff *pro se*, and close the case.

    SO ORDERED.

Dated: February 12, 2020
      New York, New York

ANALISA TORRES
United States District Judge

---

[1] Plaintiff named "Unknown federal, state, county, city officers #1-100," but because the Court granted the motion to dismiss brought by "all remaining federal officials and entities named as defendants in their official capacities," the federal officers are no longer included in this list.